UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 05-51 (3) (JNE/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DANE CORY STAGEBERG, | ) | |
| | ) | |
| Defendant. | ) | |

Petitioner's Reply Brief, currently due on June 14, 2007, is now due on June 19, 2007.

Dated:   June 13, 2007                         s/ Joan N. Ericksen
                                               Honorable Joan N. Ericksen
                                               United States District Judge